**PROPOSED ORDER/COVER SHEET**

**TO:**     **Honorable Thomas S. Hixson**         **RE:**   **Ebony Holt** _____
              **U.S. Magistrate Judge**

**FROM:**   **Silvio Lugo, Chief**           **Docket No.:**   **3:26-mj-70568-MAG** _____
              **U.S. Pretrial Services Officer**

**Date:**     **5/7/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Rich Sarlatte                             415-436-7512
_____    _____

U.S. Supervisory Pretrial Services Officer         **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☑   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑   Modification to remove the following special condition:

      **1.**   **Defendant must submit to location monitoring by GPS.**

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____    May 7, 2026 _____
**JUDICIAL OFFICER**            **DATE**

Hon. Thomas S. Hixson
U.S. Magistrate Judge