**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Thomas S. Hixson**
**U.S. District Judge**

**RE:** **Ebony Holt**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **3:26-cr-00234-JSC**

**Date:** **July 16, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Hannah DeBois | 628-228-8709 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________________ Presiding District Court Judge ____________________

☑ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ **Modification to remove the following special conditions:**
**1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed by Pretrial Services.**

☐

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions:

| [signature] | July 16, 2026 |
|---|---|
| **JUDICIAL OFFICER** | **DATE** |

Thomas S. Hixson
U.S. Magistrate Judge